

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUQIN SHI,<br><br>                          Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of<br>Otay Mesa Detention Center,<br><br>                          Respondent. | Case No.: 26-cv-1500-BJC-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART** |

On March 10, 2026, Petitioner Yuqin Shi, a citizen of China, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner contends she is entitled to a bond hearing, and she seeks an order for her release or a bond hearing.  *Id.* ¶¶13, 16, 17.  On March 19, 2026, Respondent filed a return in which he contends he does "not oppose a bond hearing for Petitioner before an immigration judge in this matter."  ECF No. 3.  Petitioner did not file a traverse.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus in part. Respondent shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  Petitioner's request for attorneys' fees and

costs is DENIED without prejudice to Petitioner filing an appropriate application for fees. The petition is otherwise denied.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 9, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1500-BJC-SBC